IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ANDREW KISTER, AIS #264274, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:21-cv-180-ECM |
| | ) |
| DR. TAHIR SIDDIQ, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On November 13, 2023, the Magistrate Judge entered a Recommendation (doc. 39) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 39) is ADOPTED as modified herein;

2. The Defendants' Answer and Special Report (doc. 16) is construed as a motion for summary judgment, and the motion for summary judgment (doc. 16) is GRANTED as follows:

    a. Judgment is entered against the Plaintiff and in favor of the Defendants on the federal claims;

    b. The Court declines to exercise supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367, and the state law claims are DISMISSED without prejudice;

3. This case is DISMISSED.

4. Costs are taxed against the Plaintiff, for which execution may issue.

A separate Final Judgment will be entered.

DONE this 12th day of December, 2023.

                          /s/ Emily C. Marks
            EMILY C. MARKS
            CHIEF UNITED STATES DISTRICT JUDGE